# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

RANDY DAY, et al.,

    *Plaintiffs*,

    v.

UNITED STATES OF AMERICA,

    *Defendant*.

Civil No. 0:25-mc-00017-JFD

## JOINT MOTION REGARDING CONTINUED SEALING

Confidential information and documents have been filed under temporary seal in connection with the following briefing:

- Non-Parties Randy Day and Perdue's[1] Motion to Quash Deposition Subpoena ("Motion");

- United States' Memorandum in Opposition to Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena; and

- Reply in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena

On April 11, 2025, the United States District Court for the District of Maryland granted United States of America's Interim Motion to Seal. ECF No. 21. On April 16, 2025, the United States District Court for the District of Maryland granted Randy Day and Perdue's

---

[1] Randy Day and Perdue are non-parties to the underlying litigation (*United States v. Agri Stats*, Case No. 0:23-cv-03009 (D. Minn.)) and Plaintiffs in the above-captioned miscellaneous action, which was opened when they filed their Motion to Quash in the United States District Court for the District of Maryland. "Perdue" refers to Perdue Farms, Inc. and Perdue Foods LLC.

Interim Motion to Seal. ECF No. 23. On April 29, 2025, this Court quashed the subpoena to Mr. Day. ECF No. 40. Pursuant to Local Rule 5.6, the parties submit this Joint Motion Regarding Continued Sealing.

### I. Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena

| DKT NO. | DKT. NO. OF REDACTED DOCUMENT (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|
| 3-1 | 1-2 | Memorandum of Law in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena | Randy Day and Perdue take the position that the unredacted version of this document should remain sealed. | **Plaintiffs**: The unredacted version of this document should remain under seal because it quotes from and references documents, deposition transcripts, and information marked Confidential or Highly Confidential in accord with confidentiality and protective orders entered in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.), *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill.), and *United States v. Agri Stats*, Case No. 0:23-cv-03009 (D. Minn.).<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-10 | | Exhibit 8 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Excerpts from November | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it consists of excerpts of a deposition that has been designated as Highly Confidential pursuant to the Agreed Confidentiality Order in *In re Broiler Chicken Antitrust* |

| | | | |
|---|---|---|---|
| | | 11, 2020 Deposition Transcript of Randy Day taken in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)) | | *Litigation*, Case No. 1:16-cv-08637 (N.D. Ill. Nov. 8, 2016), ECF No. 202.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-11 | | Exhibit 9 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Excerpts from July 12, 2022 Deposition Transcript of Randy Day taken in *In re Turkey Antitrust Litigation*, Case No. 19-cv-08318 (N.D. Ill.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it consists of excerpts of a deposition that has been designated as Highly Confidential pursuant to the Protective Order in *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill. Dec. 18, 2020), ECF No. 201.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-12 | | Exhibit 10 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (January 17, 2025 Email from James Congdon to Andrew Hernacki) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it is a confidential communication exchanged between the parties wherein they negotiate deposition custodians and topics, and reference information marked Confidential or Highly Confidential in accord with confidentiality and protective orders entered in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.), *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill.), and *United States v. Agri Stats*, Case No. 0:23-cv-03009 (D. Minn.).<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-13 | | Exhibit 11 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (March 18, 2025 Hearing | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal pursuant to Local Rule 80.1 because it is a transcript of a court proceeding in *United States v. Agri Stats*, Case No. 0:23-cv-03009 (D. Minn.) that is not yet available on the public docket. |

| | | | | |
|---|---|---|---|---|
| | | Transcript, *United States v. Agri Stats*, Case No. 0:23-cv-03009 (D. Minn.)) | | **Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-14 | | Exhibit 12 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (March 10, 2025 Email from James Congdon to Andrew Hernacki) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it is a confidential communication exchanged between the parties wherein they negotiate deposition custodians and topics, and reference information marked Confidential or Highly Confidential in accord with confidentiality and protective orders entered in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.), *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill.), and *United States v. Agri Stats*, Case No. 0:23-cv-03009 (D. Minn.).<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-15 | | Exhibit 13 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Exhibit 981 from July 12, 2022 Deposition of Randy Day taken in *In re Turkey Antitrust Litigation*, Case No. 19-cv-08318 (N.D. 111.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it has been designated as Confidential pursuant to the Protective Order in *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill. Dec. 18, 2020), ECF No. 201.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-16 | | Exhibit 14 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Exhibit 980 from July 12, 2022 Deposition of Randy Day taken in *In re Turkey Antitrust Litigation*, Case No. 19-cv-08318 (N.D. | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it has been designated as Confidential pursuant to the Protective Order in *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill. Dec. 18, 2020), ECF No. 201.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |

| | | | |
|---|---|---|---|
| | | Ill.)) | |
| 3-17 | | Exhibit 15 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Exhibit 974 from July 12, 2022 Deposition of Randy Day taken in *In re Turkey Antitrust Litigation*, Case No. 19-cv-08318 (N.D. Ill.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it has been designated as Confidential pursuant to the Protective Order in *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill. Dec. 18, 2020), ECF No. 201.

**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-18 | | Exhibit 16 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Exhibit 983 from July 12, 2022 Deposition of Randy Day taken in *In re Turkey Antitrust Litigation*, Case No. 19-cv-08318 (N.D. Ill.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it has been designated as Highly Confidential pursuant to the Protective Order in *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill. Dec. 18, 2020), ECF No. 201.

**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-19 | | Exhibit 17 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Exhibit 984 from July 12, 2022 Deposition of Randy Day taken in *In re Turkey Antitrust Litigation*, Case No. 19-cv-08318 (N.D. Ill.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it has been designated as Confidential pursuant to the Protective Order in *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill. Dec. 18, 2020), ECF No. 201.

**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-20 | | Exhibit 18 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it consists of excerpts of a deposition that has been designated as Highly Confidential pursuant to the Agreed Confidentiality Order in *In re Broiler Chicken Antitrust* |

| | | | | |
|---|---|---|---|---|
| | | (Excerpt from February 24, 2021 Deposition Transcript of Steve Evans taken in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)) | | *Litigation*, Case No. 1:16-cv-08637 (N.D. Ill. Nov. 8, 2016), ECF No. 202.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-21 | | Exhibit 19 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Excerpt from May 2, 2019 Deposition Transcript of Mike Roberts taken in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it consists of excerpts of a deposition that has been designated as Highly Confidential pursuant to the Agreed Confidentiality Order in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill. Nov. 8, 2016), ECF No. 202.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-22 | | Exhibit 20 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Excerpt from June 23, 2022 Deposition Transcript of Bryan Johnston taken in *In re Turkey Antitrust Litigation*, Case No. 19-cv-08318 (N.D. Ill.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it consists of excerpts of a deposition that has been designated as Highly Confidential pursuant to the Protective Order in *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill. Dec. 18, 2020), ECF No. 201.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 3-23 | | Exhibit 21 to the Declaration of James Douglas Baldridge in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Perdue's Amended Objections and Responses to Interrogatories Nos. 1, 6, and 9 to All Plaintiffs' First Set of Interrogatories to Producer Defendants in *In re Turkey Antitrust* | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it has been designated as Confidential pursuant to the Protective Order in *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill. Dec. 18, 2020), ECF No. 201.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |

| | | | | *Litigation*, Case No. 19-cv-08318 (N.D. Ill.)) | | |

## II. Defendant's Opposition to Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena

| DKT NO. | DKT. NO. OF REDACTED DOCUMENT (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY: a) The information that the parties agree should remain sealed; b) The information the parties agree should be unsealed; and c) The information about which the parties disagree | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|
| 13-1 | 12 | United States' Memorandum in Opposition to Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena | Randy Day and Perdue take the position that the unredacted version of this document should remain sealed. | **Plaintiffs**: The unredacted version of this document should remain under seal because it quotes from and references documents, deposition transcripts, and information marked Confidential or Highly Confidential in accord with confidentiality and protective orders entered in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.) and *United States v. Agri Stats*, Case No. 0:23-cv-03009 (D. Minn.).<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 14-1 | | Exhibit 2 to the Declaration of James H. Congdon in Support of Plaintiffs' Opposition to Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Email sent from Chuck McDaniel to Brian Snyder dated June 15, 2015 with subject line "Update" | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it has been designated as Highly Confidential Business Information pursuant to the Amended Stipulated Protective Order in *United States of America v. Agri Stats*, Inc., Case No. 0:23-cv-03009 (D. Minn. Nov. 18, 2024), ECF No. 162.<br><br>**Defendant:** The United States does |

| | | | |
|---|---|---|---|
| | | bearing bates number AGS-0039729659) | | not oppose Plaintiffs' request that this document remain under seal. |
| 15-1 | | Exhibit 3 to the Declaration of James H. Congdon in Support of Plaintiffs' Opposition to Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Email from Randy Day to Tom Wilson dated March 24, 2014 with subject line "Agristats Approach" bearing bates number PERDUE0000038106) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it has been designated as Confidential pursuant to the Agreed Confidentiality Order in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill. Nov. 8, 2016), ECF No. 202.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 16-1 | | Exhibit 4 to the Declaration of James H. Congdon in Support of Plaintiffs' Opposition to Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Excerpted Deposition Transcript dated April 4, 2025 of Mark Garth (*United States v. Agri Stats, Inc.*, No. 23-CV-3009-JRT-JFD (D. Minn.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it consists of excerpts of a deposition that has been designated as Confidential and Highly Confidential pursuant to the Amended Stipulated Protective Order in *United States of America v. Agri Stats*, Inc., Case No. 0:23-cv-03009 (D. Minn. Nov. 18, 2024), ECF No. 162.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 17-1 | | Exhibit 5 to the Declaration of James H. Congdon in Support of Plaintiffs' Opposition to Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Perdue Presentation entitled "Agri Stats Customer Sales Analysis – Tray Pack" dated November 2013 bearing bates number PERDUE0000009899) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it has been designated as Highly Confidential pursuant to the Agreed Confidentiality Order in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill. Nov. 8, 2016), ECF No. 202.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 18-1 | | Exhibit 6 to the Declaration of James H. Congdon in Support of Plaintiffs' Opposition to Non-Parties | Randy Day and Perdue take the | **Plaintiffs**: This document should remain under seal because it has been designated as Highly Confidential pursuant to the Agreed |

| | | Randy Day and Perdue's Motion to Quash Deposition Subpoena (Perdue Presentation entitled "Bone-in Parts - - Turkey Price Increase" dated January 26, 2015 bearing bates number PERDUE0000245268) | position that this document should remain sealed. | Confidentiality Order in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill. Nov. 8, 2016), ECF No. 202.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
|---|---|---|---|---|
| 19-1 | | Exhibit 7 to the Declaration of James H. Congdon in Support of Plaintiffs' Opposition to Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Excerpted Deposition Transcript dated May 26, 2021 of Mark Garth (*In re Broiler Chicken Antitrust Litigation*, No. 1:16-CV-08637 (N.D. Ill.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it consists of excerpts of a deposition that has been designated as Confidential and Highly Confidential pursuant to the Agreed Confidentiality Order in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill. Nov. 8, 2016), ECF No. 202.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |

### III.  Reply in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena

| DKT NO. | DKT. NO. OF REDACTED DOCUMENT (IF FILED) | DESCRIPTION OF DOCUMENT | PRECISELY IDENTIFY:<br>a) The information that the parties agree should remain sealed;<br>b) The information the parties agree should be unsealed; and<br>c) The information about which the parties disagree | REASON WHY DOCUMENT SHOULD REMAIN SEALED OR BE UNSEALED |
|---|---|---|---|---|
| 33 | 35 | Reply in Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena | Randy Day and Perdue take the position that the unredacted version of this document should remain sealed. | **Plaintiffs**: The unredacted version of this document should remain under seal because it quotes from and references documents, deposition transcripts, and information marked Confidential or |

| | | | | |
|---|---|---|---|---|
| | | | | Highly Confidential in accord with confidentiality and protective orders entered in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.), *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill.), and *United States v. Agri Stats*, Case No. 0:23-cv-03009 (D. Minn.). <br><br> **Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 34-1 | | Exhibit 22 to Declaration of James Douglas Baldridge in Further Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (March 10, 2025 Hearing Transcript, *United States v. Agri Stats*, Case No. 0:23-cv-03009 (D. Minn.)) | The parties disagree on whether the transcript should remain sealed. | **Plaintiffs**: This document should remain under seal pursuant to Local Rule 80.1 because it is a transcript of a court proceeding in *United States v. Agri Stats*, Case No. 0:23-cv-03009 (D. Minn.) that is not yet available on the public docket. <br><br> **Defendant:** This document should be unsealed in its entirety because it is a transcript of a proceeding in open court. |
| 34-2 | | Exhibit 23 to Declaration of James Douglas Baldridge in Further Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Excerpts from April 4, 2025 Deposition Transcript of Mark Garth taken in *United States v. Agri Stats*, Case No. 0:23-cv-03009 (D. Minn.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it consists of excerpts of a deposition that has been designated as Confidential and Highly Confidential pursuant to the Amended Stipulated Protective Order in *United States of America v. Agri Stats*, Inc., Case No. 0:23-cv-03009 (D. Minn. Nov. 18, 2024), ECF No. 162. <br><br> **Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 34-3 | | Exhibit 24 to Declaration of James Douglas Baldridge in Further Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Excerpts from November 11, 2020 Deposition Transcript of | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it consists of excerpts of a deposition that has been designated as Highly Confidential pursuant to the Agreed Confidentiality Order in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 |

| | | | |
|---|---|---|---|
| | | Randy Day taken in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)) | | (N.D. Ill. Nov. 8, 2016), ECF No. 202.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 34-4 | | Exhibit 25 to Declaration of James Douglas Baldridge in Further Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Excerpts from May 26, 2021 Deposition Transcript of Mark Garth taken in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it consists of excerpts of a deposition that has been designated as Confidential and Highly Confidential pursuant to the Agreed Confidentiality Order in *In re Broiler Chicken Antitrust Litigation*, Case No. 1:16-cv-08637 (N.D. Ill. Nov. 8, 2016), ECF No. 202.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |
| 34-5 | | Exhibit 26 to Declaration of James Douglas Baldridge in Further Support of Non-Parties Randy Day and Perdue's Motion to Quash Deposition Subpoena (Excerpts from July 12, 2022 Deposition Transcript of Randy Day taken in *In re Turkey Antitrust Litigation*, Case No. 19-cv-08318 (N.D. Ill.)) | Randy Day and Perdue take the position that this document should remain sealed. | **Plaintiffs**: This document should remain under seal because it consists of excerpts of a deposition that has been designated as Highly Confidential pursuant to the Protective Order in *In re Turkey Antitrust Litigation*, No. 19-cv-08318 (N.D. Ill. Dec. 18, 2020), ECF No. 201.<br><br>**Defendant:** The United States does not oppose Plaintiffs' request that this document remain under seal. |

Dated: May 19, 2025

Respectfully submitted,

| | |
|---|---|
| **FOR THE UNITED STATES OF AMERICA:** | **FOR RANDY DAY, PERDUE FARMS, INC., AND PERDUE FOODS LLC** |
| */s/ Mark H.M. Sosnowsky* <br> MARK H.M. SOSNOWSKY (*Pro Hac Vice*) <br> Senior Trial Counsel <br><br> JAMES H. CONGDON (*Pro Hac Vice*) <br> Trial Attorney <br><br> United States Department of Justice <br> Antitrust Division <br> 450 Fifth Street, NW, Suite 8000 <br> Washington, DC 20530 <br> Telephone: (202) 812-4723 <br> Facsimile: (202) 307-5802 <br> Mark.Sosnowsky@usdoj.gov <br> James.Congdon@usdoj.gov | */s/ J. Douglas Baldridge* <br> J. Douglas Baldridge <br> Danielle R. Foley <br> Lisa Jose Fales <br> Andrew T. Hernacki <br> VENABLE LLP <br> 600 Massachusetts Avenue, NW <br> Washington, DC 20001 <br> Telephone: (202) 344-4000 <br> jbaldridge@venable.com <br> drfoley@venable.com <br> ljfales@venable.com <br> athernacki@venable.com |